IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DINESH SHAHI, PETITIONER
A 221-388-021

VS. CIVIL ACTION NO. 5:26-CV-367-DCB-BWR

WARDEN, Adams County
Correctional Center RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [ECF No. 11] of the United States Magistrate Judge entered herein on September 29, 2026, in this action brought pursuant to 28 U.S.C. § 2241. In the Report and Recommendation, Judge Rath recommended dismissal of Shahi's Petition [ECF No. 1]. Petitioner, a native and citizen of Nepal who is proceeding pro se, has failed to file objections to the Report and Recommendation by his deadline of October 13, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed Shahi's Petition, the related filings, and the record in this matter. The Court observes that Shahi was detained by U.S. Customs and Border Patrol at or near the United States border on December 21, 2024, after he entered this country illegally. During the subsequent and currently ongoing removal proceedings, Shahi has been detained by U.S. Immigration and Customs Enforcement. Although Shahi was granted asylum, an Immigration Judge subsequently ordered his removal from the United States on June 2, 2026. Shahi's appeal of that decision is currently pending before the Board of Immigration Appeals. See https://acis.eoir.justice.gov/en/caseInformation (last visited Oct. 14, 2026). Having considered the Report and Recommendation of Judge Rath, the Court adopts his findings and conclusions in full as the opinion of this Court. As Judge Rath found, Shahi's detention while his removal proceedings are ongoing is mandated by statute and does not violate the Due Process Clause of the Fifth Amendment. Moreover, Shahi cannot advance conditions of confinement claims in a petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241.

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court.

Consequently, Shahi's Petition [ECF No. 1] should be dismissed without prejudice. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a separate judgment will be entered.

SO ORDERED AND ADJUDGED, this the 15th day of October, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE